UNITED STATES of America,
Plaintiff–Appellee,

v.

Julio PACHECO–ADAME,
Defendant–Appellant.

No. 00–10531.
D.C. No. CR–00–00042–ECR.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001 [1].

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

MEMORANDUM [2]

Julio Pacheco–Adame appeals the 57–month sentence imposed following his guilty plea for illegal entry of a deported alien. Pacheco–Adame contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), it is illegal to impose a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony not pled in the indictment nor admitted as part of the plea. Pacheco–Adame also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that

8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense), because he did not admit to an aggravated felony at his plea hearing. His arguments are foreclosed by this court's recent decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000), *amended* (Feb.8, 2001) (order). *United States v. Castillo Rivera*, 244 F.3d 1020, 1024–1025 (9th Cir.2001).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

